IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rubio, Maria Consuelo,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>          Defendant. | CASE NO. 1:20-cv-01012-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER<br><br>(Doc. 12) |

Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 5 at 1).  Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order.  Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: February 10, 2021              Respectfully submitted,

                                                            MCGREGOR W. SCOTT
                                                            United States Attorney

                                                            */s/ Jeffrey J. Lodge*
                                                            JEFFREY J. LODGE
                                                            Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:   **February 11, 2021**                 **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE

1